# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| *In re:*<br><br>*RENE MORENO GONZALEZ*<br><br>*VIVIAN J PEREZ SERRANO*<br>aka VIVIAN JANELICH PEREZ SERRANO, aka VIVIAN PEREZ<br><br><br>xxx−xx−7161<br>xxx−xx−5774<br><br>Debtor(s) | Case No. 18−05672 MCF<br><br>Chapter 13<br><br><br><br><br>FILED & ENTERED ON<br>*10/30/23* |

## *NOTICE OF INTENT TO CLOSE CHAPTER 13 BANKRUPTCY CASE WITHOUT DISCHARGE*

Upon the Trustee's certification to close the case without discharge (Docket #57 ) the following certification(s) is/are missing:

- ☑ Pursuant to FR1007 (b) (7) certification of Financial Management course.

  Unless the debtor certifies that no personal financial management course is required because of: Incapacity or disablity, as defined in 11 USC §109(h)(4); Active military duty in a military combat zone; or Residence in a district in which the United States trustee ( *or bankruptcy administrator* ) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

- ☐ Pursuant to PR−LBR 3015−3 (k) certification of Domestic Support Obligation.
- ☐ Pursuant to USC Section 1328 (f) (1) and or (2).
- ☐ Other

Please take notice that this bankruptcy case will be closed without entry of the discharge unless the above mentioned certification is/are file within fourteen (14) days of this notice no later than Monday, November 13, 2023 . Once closed, the debtor will be required to pay a re−opening fee in order to later file the required certificate and seek the issuance of a discharge order.

San Juan, Puerto Rico, **The 30th of October, 2023** .

*Wilma Jaime*
Clerk of the Court
By: *CARLOS APONTE REYES*
Deputy Clerk